IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JAMES BOWERS,           ) | No. C 15-3167 RMW (PR) |
|                               ) | |
|     Plaintiff,                ) | ORDER OF DISMISSAL |
|                               ) | |
|   v.                          ) | |
|                               ) | |
| CLARENE DAVID, et al.,        ) | |
|                               ) | |
|     Defendants.               ) | |
|                               ) | |

Plaintiff, a California state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On August 21, 2015, the court issued an order directing defendants to file a dispositive motion no later than November 20, 2015. (Docket No. 3.) On January 12, 2016, the court's mailings to plaintiff were returned as undeliverable due to plaintiff no longer being in custody. (Docket No. 11.) As of the date of this order, plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

Order of Dismissal
P:\PRO-SE\RMW\CR.15\Bowers167dismLR3-11.wpd

1  More than sixty days have passed since the mail addressed to plaintiff was returned as
2  undeliverable. The court has not received a notice from plaintiff of a new address. Accordingly,
3  the instant civil rights action is **DISMISSED** without prejudice pursuant to Rule 3-11 of the
4  Northern District Local Rules.

5  The clerk shall terminate any pending motions and close the file.

6  IT IS SO ORDERED.

7  DATED: 3/21/2016

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge